

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Alexandria Division

|  |  |
|---|---|
| Raifle Alondo Demetrius | Case No. 1:21cv513 |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| **-v-** | |
| | |
| | |
| Virginia Employment Commission, et al. | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Raifle A. Demetrius |
| Street Address | 415 L St. NW Apt 232, Washington, DC 20001 |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20001 |
| Telephone Number | 240-586-4852 |
| E-mail Address | rd1634a@american.edu |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                            Virginia Employement Commission

    Job or Title *(if known)*

    Street Address               6606 West Broad Street

    City and County           Richmond, Chesterfield County

    State and Zip Code       Virginia, 23230

    Telephone Number       1-866-832-2363

    E-mail Address *(if known)*   customerservice@vec.virginia.gov

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**I.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A .**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Const. amend. XIV, § 1
28 U.S.C. § 1331

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* Virginia Unemployment Commission , is incorporated under the laws of the State of *(name)* Virginia ,
    and has its principal place of business in the State of *(name)*
    Virginia .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* Raifle A. Demetrius , is a citizen of the State of *(name)* District of Columbia . Or is a citizen of *(foreign nation)* _____ .

      b.     If the defendant is a corporation

            The defendant,  *(name)* _____ , is incorporated under

            the laws of the State of *(name)* _____ , and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

           The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## Ⅲ    Statement of Claim

        Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

        The claimant, Raifle A. Demetrius, filed an initial claim for PUA in January of 2021. The Virginia Unemployment Commission approved the claim and mailed a monetary valuation determination February of 2021. The claimant filed 15 weeks of weekly certifications and received $0 in payments. The claimant spok to a representative in the Norfolk office and was told that his claim has been denied and he must file in The District of Columbia despite his work history being from Virginia. The District of Columbia unemployment office stated this recommendation was made in error. The claimant called every physical Virginia Unemployment Commission office, many contact phone numbers, faxes, emails, and letters mailed and to-date has received no contact. Virginia Unemployment Commission has failed to provide claimant the due process of being heard. The claimant has attempted many avenues of contact without getting any resolution or response at all, nor due process of claim for benefits. At present, April 23, 2021, the claimant remains unpaid without any due process of claim for benefits.

## IV.    Relief

        State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$7,620 in back pay
$42,380 in punative damages

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A .   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      04/26/2021

Signature of Plaintiff
Printed Name of Plaintiff      Raifle A. Demetrius

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**__Alexandria___ DIVISION**

_____
**Raifle Alondo Demetrius**
Plaintiff(s),

v.

_____
**Virginia Unemployment Commission**
Defendant(s).

Civil Action Number: 1:21cv513

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** _Complaint for a civil case_.
                                                                        **(Title of Document)**

_____
**Raifle A. Demetrius**
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _04/28/2021_ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of**_____.
                                                                        **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on:_____(Date)